BIXLER, Appellant, v. BRADBURN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Miles F. Bixler against Clinton L. Bradburn and another. No opinion. Judgment affirmed, with costs.

BLACK, Respondent, v. BLACK, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Nellie Black against Charles I. Black. No opinion. Order affirmed, with $10 costs and disbursements.

BLAIR v. TURBO–ELECTRIC CONST. CO. et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by John A. Blair against the Turbo-Electric Construction Company and others. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 154 N. Y. Supp. 1112.

In re BLISS. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) In the matter of Aaron Stanley Bliss.
PER CURIAM. The issues presented upon the charges made, and the answer filed, are hereby referred to Hon. Charles B. Swartwood, to hear the evidence and report thereon, with his conclusions, to this court. Harold D. Alexander, Esq., district attorney of Albany county, is hereby appointed to represent the people in such proceeding.

BLOSSOM, Respondent, v. HODGENS, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Benjamin Blossom against Thomas M. Hodgens. G. H. Fletcher, of New York City, for appellant. G. E. Blackwell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLUMBERG v. CORDAY. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Millie Blumberg against Jacob Corday. No opinion. Motion denied, without costs. Order filed. See, also, 155 N. Y. Supp. 1095.

BLUMBERG v. CORDAY. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Millie Blumberg against Jacob Corday. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 155 N. Y. Supp. 1095.

BLUMBERG, Appellant, v. CORDAY, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Millie Blumberg against Jacob Corday. L. Kunen, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed.

BLUMBERG, Appellant, v. STERNECKER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Isidor Blumberg, an infant, against John Sternecker and another. I. E. Schlesinger, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

BOGLIOLI, Respondent, v. BOGLIOLI, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Paolo Boglioli against John Boglioli.
PER CURIAM. Order of the County Court of Kings County modified, by striking out all except the first direction, and adding to the first direction the words "upon condition that the plaintiff repay to the defendant the sum of $450, with interest thereon from the 16th day of April, 1915," and, as modified, affirmed, with $10 costs and disbursements to the appellant. See Beers v. Hendrickson, 45 N. Y. 665, 669; Lee v. Vacuum Oil Co., 126 N. Y. 579, 27 N. E. 1018.

BOUDREAU, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by David Boudreau against George W. Linch, as receiver, etc. C. H. Tuttle, of New York City, for appellant. No opinion. Judgment and order affirmed, with costs. Order filed.

B. PAYN'S SONS TOBACCO CO., Appellant, v. PAYETTE et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by the B. Payn's Sons Tobacco Company against Joseph Payette and another. No opinion. Judgment (86 Misc. Rep. 276, 149 N. Y. Supp. 183) unanimously affirmed, with costs.

BRASIER, Respondent, v. STEINER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Walter J. Brasier against Sigmond Steiner and another. No opinion. Judgment and order unanimously affirmed, with costs.

BREITBART et al. v. EMPIRE CITY SUBWAY CO., Limited. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Isidor Breitbart and others against the Empire City Subway Company, Limited. No opinion. Application denied, with $10 costs. Order signed.

BRIDGES, Appellant, v. KRESGE, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Alice K. Bridges against S. S. Kresge. No opinion. Judgment and order unanimously affirmed with costs.

BRITT, Respondent, v. COMMERCIAL CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Gustave Britt against the Commercial Casualty Company. O. D. Parker, of New York City, for appellant. H. London, of New York City, for respondent. No opinion. Judgment reversed, and new trial